FILED
OCT 21 2008
OCT. 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 851 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 373 |
| WILLIAM WHITE | ) | |
| | ) | JUDGE HIBBLER |
| | ) | |
| | ) | MAGISTRATE JUDGE COX |

COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

1. At times material to this indictment:

   a. In or about January 2003, Matthew Hale, the leader of a white supremacist organization known as the World Church of the Creator, was charged in a federal criminal case in the Northern District of Illinois with multiple counts of solicitation of the murder of United States District Judge Joan Humphrey Lefkow and obstruction of justice. Hale was tried before a jury in the Northern District of Illinois, convicted of one count of solicitation and two counts of obstruction, and sentenced to 480 months' imprisonment. Juror A was the foreperson of the jury that convicted Hale.

   b. The website "Overthrow.com," which was accessible to the general public on the Internet, was a site created and maintained by defendant WILLIAM WHITE. "Overthrow.com" purported to be affiliated with the "American National Socialist Workers Party" ("ANSWP"). The ANSWP was an organization that, according to the Overthrow.com web site, claimed it was comprised of a "convergence of former [white supremacy]

'movement' activists who grew disgusted with the general garbage that 'the movement' has attracted and who formed the ANSWP under the Command of Bill White." Members of the ANSWP were described as "National Socialists... who fight for white working people."

2. From on or about September 11, 2008, through at least on or about October 11, 2008, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILLIAM WHITE,

defendant herein, with intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of force against the person of Juror A, in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, solicited and otherwise endeavored to persuade such other person to engage in such conduct; in that defendant solicited and otherwise endeavored to persuade another person to injure Juror A on account of a verdict assented to by Juror A, in violation of Title 18, United States Code Section 1503.

3. It was part of the solicitation, inducement, and endeavor to persuade that on or about September 11, 2008, defendant WILLIAM WHITE caused to be displayed on the front page of "Overthrow.com" a posting entitled, "The Juror Who Convicted Matt Hale." The posting read: "Gay anti-racist [Juror A] was a juror who played a key role in convicting Matt Hale. Born [date], [he/she] lives at [address] with [his/her] gay black lover and [his/her] cat [name]." [His/Her] phone number is [phone number], cell phone [phone number], and [his/her] office is [phone number]."

4. It was further part of the solicitation, inducement, and endeavor to persuade that on or about September 12, 2008, defendant WILLIAM WHITE caused to be displayed on the front page of "Overthrow.com" a posting entitled, "[Juror A] Update - Since They Blocked the first photo." The posting read: "Gay anti-racist [Juror A] was a juror who played a key role in convicting Matt Hale. Born [date], [he/she] lives at [address] with [his/her] gay black lover and [his/her] cat [name]." [His/Her] phone number is [phone number], cell phone [phone number], and [his/her] office is [phone number]. Note that [University A] blocked much of [Juror A's] information after we linked to [his/her] photograph."

5. The above-described solicitation, inducement, and endeavor to persuade occurred under the following circumstances, among others, strongly corroborative of defendant WILLIAM WHITE's intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of force against the person of Juror A:

    a. Prior to the solicitation, inducement, and endeavor to persuade, defendant WILLIAM WHITE was aware that individuals associated with the white supremacist movement, who were the target audience of "Overthrow.com," at times engaged in acts of violence directed at non-whites, Jews, homosexuals, and persons perceived by white supremacists as acting contrary to the interests of the white race.

    b. Prior to the solicitation, inducement, and endeavor to persuade, defendant WILLIAM WHITE on multiple occasions caused postings to be made to and maintained on "Overthrow.com" that displayed what purported to be the home address and/or

other personal identifying information of individuals who were targets of criticism on Overthrow.com. Certain of these postings expressed WHITE's desire that acts of violence be committed against the individuals at the posted addresses. Several of these postings were accessible to persons visiting "Overthrow.com" between approximately September 11, 2008, and approximately October 11, 2008.

   c. For example, Individual B is a Canadian civil rights lawyer who has authored publications regarding the use of the Internet in hate crimes. From at least on or about September 11, 2008, until on or about October 11, 2008, the following posting, originally posted on or about March 26, 2008, appeared on the website "Overthrow.com":

> Kill [Individual B] Man Behind Human Rights Tribunal's Abuses Should Be Executed.
> Commentary -- [Individual B], the sometimes Jewish, sometimes not, attorney behind the abuses of Canada's Human Rights Tribunal should be drug out into the street and shot, after appropriate trial by a revolutionary tribunal of Canada's white activists. It won't be hard to do, he can be found, easily, at his home, at [Address]...
>
> We may no longer have the social cohesion and sense of purpose necessary to fight as a country, but those of us who have the social cohesion and sense of purpose necessary to unify as a race must take notice of an irreconcilable fact: [Individual B] is an enemy, not just of the white race, but of all humanity, and he must be killed. Find him at home and let him know you agree:[Address]
> -----
> Emailed to you by:
> Overthrow.com
> ATTN: Bill White, Editor
> Post Office Box 8601
> Roanoke, VA 24014
> http://12.107.40.66
> nationalsocialistworkers@yahoo.com
> answp@nazi.org

   d.  Elie Wiesel is an internationally known Holocaust survivor who has authored publications about the Holocaust. On or about February 1, 2007, Wiesel was attacked by Eric Hunt. Following a jury trial, Hunt was convicted of false imprisonment with a hate crime allegation, battery, and elder abuse. During Hunt's trial, the jury heard evidence regarding Hunt's view that the Holocaust did not happen and that Wiesel's books on that subject were fictitious.

  On or about February 13, 2007, defendant WILLIAM WHITE caused a posting to be made to "Overthrow.com" entitled "Where Elie Wiesel Lives - In Case Anyone Was Looking For Him." This posting listed three addresses purporting to be Wiesel's residences.

  On or about February 21, 2008, WHITE caused another posting to be made to "Overthrow.com," which read in part:

> "Commentary -- I received a call today from the Associated Press regarding Eric Hunt and the assault on Elie Wiesel. In response, I make the following statement:
>
> Elie Wiesel should be afraid to walk out his front door but for the rightful vengeance of the white working people he and his holocaust lies have exploited....
>
> For decades, the Jews and the liars have used physical force, violent attacks on peaceful demonstrators and peaceful meetings, and the violent physical force of unjust and tyrannical laws to silence those who question the holocaust lie. If white people are going to undo this system, we have to be ready to adapt and use the tactics of our exploiters.
>
> Insofar as my views may have played a role in motivating Mr. Hunt, I can only say that I hope to inspire a hundred more young white people to sacrifice themselves for our collective racial whole. The only thing more noble than sacrifice is victory.
>
> Heil Hitler

-5-

Emailed to you by:
Overthrow.com / White Politics, LLC
ATTN: Bill White, Editor

Post Office Box 8601
Roanoke, VA 24014
http://www.overthrow.com
nsmroanoke@yahoo.com"

On or about September 25, 2008, WHITE caused a posting to be made to the website "Overthrow.com" entitled "Jews Arrested After Attacking Police At Wiesel Speech - Dozen ANSWP Activists Picket Holocaust Lies." In this post WHITE made reference to Eric Hunt, stating, "Last year, a fan of this website kidnapped Wiesel and tried to force him to confess his books on the "Holocaust" were knowing lies."

e. In or about September 2007, defendant WILLIAM WHITE caused to be posted to "Overthrow.com" an article entitled, "Addresses Of Jena 6 Niggers - In Case Anyone Wants To Deliver Justice." The posting then listed the names and addresses of six individuals involved in a matter in Jena, Louisiana that had received substantial media attention. Shortly after this article was posted to "Overthrow.com, an article was published in a Roanoke, Virginia-based newspaper, which was critical of the defendant WILLIAM WHITE for posting the home addresses of these six individuals. In response to this newspaper article, defendant WILLIAM WHITE posted a second article to "Overthrow.com," which read in part: "When the courts start enforcing laws against Internet threats and actual violence against anti-racists and the mainstream, Jewish owned media which finances and encourages them, I will stop broadcasting people's names and address with the opinion they should be lynched. However, as long as we live in a society in which

laws are not enforced against Jews, Marxists and other privileged members of the bourgeoisie, I will take advantage of that and use the lawless chaos they've created to push my view, which is that all Jews and Marxists (including their fellow traveling neo-cons, neo-liberals, Zionists and Judaized-Christians in both the Republican and Democratic Parties) should be shot, rather than debated – – along with their fellow travelers and chosen pets in the Negro 'rights' movement."

All in violation of Title 18, United States Code, Section 373.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY