IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
Chicago Division

United States Of America

v.

William A White

Defendant

Case No: 08-cr-851

Judge Adelman

FILED
JAN 12 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION TO DISMISS COUNSEL

Comes Now the Defendant, William A White, and, I Move this Court to Dismiss the Office of the Federal Defender as my counsel. In support, I state as follows:

1) I initially filed a Motion for Reduction of Sentence Pursuant to 18 USC §3582(c)(1) in February of 2019, almost four years ago. The Office of the Federal Defender subsequently appeared as my counsel and amended the motion.

2) While my initial motion raised the legitimate issue of the Post-Traumatic Stress Disorder I incurred due to abuse the government inflicted upon me while I was in custody, the Federal Defender's motion raises a relatively frivolous issue relating to CoViD-19.

3) I have not heard from counsel in years - at least two.

4) I no longer wish to proceed with counsel's motion, and, would like to dismiss

-1-

counsel so I can withdraw their motion.

Thus, for good cause shown, I move this Court to Dismiss my Counsel.

Respectfully Submitted.

William A White # 13888-084
FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

CERTIFICATE OF SERVICE

I hereby certify that this Motion to Dismiss Counsel was mailed to the Clerk of the Court, the USAO for the Northern District of Illinois, and the Office of the Federal Defender, 1st Class Postage Prepaid, this 12th day of December, 2022.

William A White

-2-

William A White # 13888-084
Federal Correctional Institution - Cumberland
PO Box 1000
Cumberland, MD 21501

BALTIMORE MD 212
3 JAN 2023 PM 4 L

Clerk
United States District Court for the
Northern District of Illinois
219 S. Dearborn St 20TH Floor
Chicago, IL 60604

LEGAL MAIL

60604-189420



01/12/2023-5