IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
Chicago Division

**FILED**
MBH) JAN 12 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States Of America

v.

William A White
Defendant

Case No: 08-cr-851
Judge Adelman

## MOTION TO WITHDRAW THE PENDING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 USC §3582(c)(1)(A)

Comes Now the Defendant, William A White, and, I Move this Court to Withdraw The Pending Motion For Reduction Of Sentence Pursuant To 18 USC §3582(c)(1)(A).

Respectfully Submitted,

/s/

William A White #13888-084
FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

-1-

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Withdraw the Pending Motion for Reduction of Sentence was ~~mailed~~ mailed to the Clerk of the Court and the USAO for the Northern District of Illinois this 12th day of December, 2022.

*William A. White*

William A. White

William A White # 13888-084
Federal Correctional Institution - Cumberland
PO Box 1000
Cumberland, MD 21501

BALTIMORE MD 212

3 JAN 2023 PM 4 L

Clerk
United States District Court for the
Northern District of Illinois
219 S. Dearborn St 20th Floor
Chicago, IL 60604

LEGAL MAIL

60604-189420

