# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                                        **Case No. 08-CR-851**

**WILLIAM WHITE**
    **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's motion to dismiss counsel (R. 232) and motion to withdraw the pending motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (R. 233) are granted.

Dated at Milwaukee, Wisconsin, this 1st day of February, 2023.

                                          /s/ Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge